UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE I.U.O.E. LOCAL 478 ANNUITY FUND, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 478 TRAINING AND SKILL IMPROVEMENT FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 HEALTH BENEFITS FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 PENSION FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 SUPPLEMENTAL UNEMPLOYMENT BENEFITS FUND AND I.U.O.E. LOCAL 478<br><br>　　　　Plaintiffs<br><br>vs.<br><br>**CHEROKEE ENTERPRISES LLC**<br><br>　　　　Defendant | Civil Action No.<br><br><br><br><br><br><br><br><br><br><br>September 25, 2017 |

**COMPLAINT**

**PARTIES**

　　1.　Plaintiffs Trustees of the I.U.O.E. Local 478 Annuity Fund, Trustees of the Operating Engineers Local 478 Training and Skill Improvement Fund, Trustees of the I.U.O.E. Local No. 478 Health Benefits Fund, Trustees of the I.U.O.E. Local 478 Pension Fund, Trustees of the I.U.O.E. Local 478 Supplemental Unemployment Benefits Fund (hereinafter "Funds"); are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, hereinafter "ERISA," 29 U.S.C. Sections

1002(3) and (37).  The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between I.U.O.E. Local 478 Trust Funds and Cherokee Enterprises LLC.  The Funds are administered at 1965 Dixwell Avenue, Hamden, Connecticut  06514.

2. I.U.O.E. Local 478 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. The Defendant, Cherokee Enterprises LLC (hereinafter referred to as "Cherokee"), is doing business under the laws of the State of Connecticut, with a business address located at 30 Echo Lake Road, Watertown, CT 06795.  Cherokee transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3) and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3) and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION AND VENUE

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).  This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in

an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

5. Defendant Cherokee entered into a Collective Bargaining Agreement with I.U.O.E. Local 478, establishing the terms and conditions of employment for employees of the Defendant.

6. Pursuant to the Collective Bargaining Agreement, Defendant Cherokee is required to pay to the Funds certain sums of money for each hour worked by employees of the Defendant Cherokee, covered by the Collective Bargaining Agreement.

7. Defendant Cherokee employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of the months of September 2016 through the present.

8. Defendant Cherokee failed to make contributions due to the Funds for work covered under the Collective Bargaining Agreement for the months of September through December 2016 and January through August 2017 in the amount of ***$32,392.51.***

9. The amount is expected to increase by the time judgment is entered as Cherokee continues to employ operating engineers and has not remitted remittance reports or contributions for any months subsequent to August 2017.

WHEREFORE, Plaintiff Funds pray for judgment as follows:

A. Ordering Defendant Cherokee to make payment to the respective Plaintiffs in the amount of ***$32,392.51*** for unpaid benefit contributions, liquidated damages provided by the Plan, interest in the amount of twelve percent (12%) per annum pursuant to the Trust Agreements, on the amount due from the date of the delinquency until the date of payments, costs and reasonable attorney's fees, pursuant to 29 U.S.C. Section 1132(g) (2) and 28 U.S.C. Section 1961.

B. Ordering Cherokee to submit monthly reports and any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C. Ordering Defendant Cherokee to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D. Ordering Defendant Cherokee, in connection with any amounts disclosed as due in excess of the amount stated on the Complaint, to pay liquidated damages provided by the Plan, interest in the amount of twelve percent (12%) per annum pursuant to the Trust Agreements pursuant to 29 U.S.C. Section 1132(g).

E. For such further relief as the Court may deem appropriate.

**DATED** at East Hartford, Connecticut, this 25th day of September 2017.

Respectfully submitted,

/s/ Brendan L. Hughes
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101

5

        East Hartford, CT 06108-4206
        Tele.  No.: (860) 290-9610
        Fed.  Bar # ct29675
        ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 25th day of September 2017, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P.O. Box 13163
Baltimore, MD 21203
Attn:   **Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:   **Assistant Solicitor for Plan**
         **Benefits Security**

_____
Brendan L. Hughes, Esq.

s:\blh\operating engineers 478 tf - collections\cherokee enterprises 2017 (lawsuit) (oe478)\2017\pldcomplaint170921.doc